L'HOMMEDIEU et al., Appellants, v. WINTHROP, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by George A. L'Hommedieu and John C. Udall against Robert Dudley Winthrop. No opinion. Judgment unanimously affirmed, with costs.

LINICK, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Katharine Linick against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that it was error to exclude the evidence offered by the defendant for the purpose of proving, in effect, that plaintiff's husband and witness attempted to induce the witness McNamara to promote and aid plaintiff's claim. Schultz v. Third Ave. R. Co., 89 N. Y. 242; Nowack v. Metropolitan St. Ry. Co., 166 N. Y. 433, 60 N. E. 32, 54 L. R. A. 592, 82 Am. St. Rep. 691; Gumby v. Metropolitan St. Ry. Co., 65 App. Div. 38, 72 N. Y. Supp. 551; Lamb v. Lamb, 146 N. Y. 317, 41 N. E. 26.

LINTNER, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Charles H. Lintner against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

LOMONACA, Respondent, v. CROUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Maurizio Lomonaca against Henry P. Crouse. No opinion. Appeal and action discontinued, without costs, upon stipulation.

LONG, Appellant, v. ANDERSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by William W. Long against Eva R. Anderson.

PER CURIAM. Order reversed, with $10 costs and disbursements. Motion to strike out granted, with $10 costs. Order to be settled by and before Mr. Justice STOVER, on two days' notice. Held, that the answer does not comply with section 500 of the Code of Civil Procedure, in that it contains unnecessary repetitions and redundant matter.

LORY, Respondent, v. TOWN OF HERKIMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Fritz Lory against the town of Herkimer. No opinion. Judgment and order affirmed, with costs.

In re LOTTIMER'S ESTATE. (Supreme Court, Appellate Division, First Department. November 11, 1904.) In the matter of the estate of William Lottimer, deceased. J. H.

Freese, for appellant. H. P. Heath, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LOUSHAY, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Carrie Loushay, as administratrix, etc., of Adelbert E. Loushay, deceased, against the Erie Railroad Company. No opinion. Motion denied.

LOVETT et al., Respondents, v. FRANK A. SANFORD & CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by George E. Lovett and Grace E. Lovett against Frank A. Sanford & Co., a corporation. No opinion. Judgment of the Municipal Court affirmed, with costs.

LOWERRE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Francis G. Lowerre against the Metropolitan Street Railway Company. B. H. Ames, for appellant. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

LUIKERT et al. v. LUIKERT. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Alfred Luikert and others against Rosalie Luikert.

PER CURIAM. Motion denied, without costs, on the ground that there is no power in this court to insert the decree in the record of the appeal from the order, inasmuch as the decree was made subsequent to said order.

LYDON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Bridget Lydon as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and fact. Held, that a finding that the cars on the branch track were nearer to the planking on the highway than from five to seven feet would be contrary to the evidence, and, if the cars were that distance from the planking, then the finding that the deceased was free from contributory negligence was contrary to the evidence.

McLENNAN, P. J., dissents. HISCOCK, J., not voting.